BURRIS, APPELLANT, *v.* TRACY, TAX COMMR., APPELLEE.

[Cite as *Burris v. Tracy* (1996), 75 Ohio St.3d 600.]

(No. 95–1177—Submitted April 30, 1996—Decided June 19, 1996.)

*Ricketts & Onda Co., L.P.A.,* and *Robert J. Onda; Hamilton, Kramer, Myers & Cheek* and *Kevin R. Nose,* for appellant.

*Betty D. Montgomery,* Attorney General, and *Thelma T. Price,* Assistant Attorney General, for appellee.

*Per Curiam.* Burris admits liability for the unpaid taxes, but challenges the late filing charges, penalties, and interest. We affirm the decision of the BTA under *Soltesiz v. Tracy* (1996), 75 Ohio St.3d 477, 663 N.E.2d 1273.

*Decision affirmed.*

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, COOK and STRATTON, JJ., concur.

PFEIFER, J., dissents.